880

No. 98–365. Dreyer v. United States. C. A. 7th Cir. Certiorari denied.

No. 98–373. Yick Man Mui v. United States. C. A. 2d Cir. Certiorari denied.

No. 98–379. Thrasher v. Illinois. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 98–393. Wright v. United States. C. A. 5th Cir. Certiorari denied.

No. 98–395. Davis v. United States. C. A. 5th Cir. Certiorari denied.

No. 98–398. Defede v. United States. C. A. 2d Cir. Certiorari denied.

No. 98–5002. Rainey v. Texas. Ct. Crim. App. Tex. Certiorari denied.

No. 98–5003. Phillips v. Florida. Sup. Ct. Fla. Certiorari denied.

No. 98–5004. De la Beckwith v. Mississippi. Sup. Ct. Miss. Certiorari denied.

No. 98–5005. Penoyer v. Singletary, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.

No. 98–5006. Rojas v. United States Postal Service. C. A. Fed. Cir. Certiorari denied.

No. 98–5007. Swanson v. United States. C. A. 4th Cir. Certiorari denied.

No. 98–5008. Phillips v. United States. C. A. 11th Cir. Certiorari denied.

No. 98–5009. Phillips v. United States. C. A. 11th Cir. Certiorari denied.

No. 98–5010. Abdul v. New York. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.